## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:22-mj-623 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Thomas Dorsher, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Thomas Dorsher was arrested in this district on a warrant issued after his indictment in the District of Utah. On December 6, 2022, the court released Dorsher on conditions and ordered him to appear in the District of Utah. (Doc. 11). As a condition of release, the court orderd that Dorsher surrender his passport to the Clerk of District Court. (Doc. 10). Dorsher surrendered his United States passport on December 6, 2022. (Doc. 9). The Clerk is hereby directed to mail Dorsher's passport to the Clerk of Court in the District of Utah.

**IT IS SO ORDERED**.

Dated this 7th day of December, 2022.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge